**THE SIEGEL LAW FIRM, P.C.**
COUNSELORS AT LAW
591 STEWART AVENUE- SUITE 550
GARDEN CITY, NEW YORK 11530
PHONE: (516) 558-7559
FAX:    (888) 315-8363

October 23, 2023

**VIA ECF**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:     Tess Carathanasis v. Artimus Construction Inc.
        1:23-cv-03844

Dear Judge Failla:

    This office represents the Plaintiff, Tess Carathanasis, in the above-referenced matter. A proposed scheduling order was electronically filed on October 23, 2023. It is respectfully requested that the conference scheduled for October 26, 2023 be adjourned *sine die*. The Defendant consents to this adjournment request.

    We thank the Court for its courtesies.

Respectfully Submitted,

/s *Michael Kupferberg*
Michael Kupferberg, Esq.

Cc: All counsel via ECF

```
Application GRANTED.  The initial pre-trial conference scheduled for
October 26, 2023 is hereby ADJOURNED sine die.

The Clerk of Court is directed to terminate the pending motion at
docket number 18.

Dated:    October 24, 2023          SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE