**THE SIEGEL LAW FIRM, P.C.**
COUNSELORS AT LAW
591 STEWART AVENUE- SUITE 550
GARDEN CITY, NEW YORK 11530
PHONE: (516) 558-7559
FAX:    (888) 315-8363

July 19, 2024

**VIA ECF**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



Re:    Carathanasis v. Artimus Construction, Inc.
        Case No. 1:23-cv-03844

Dear Judge Katherine Polk Failla:

This office represents Plaintiff in the above-referenced matter.  The parties jointly request an extension of time to file the settlement agreement and joint letter regarding the fairness of the settlement agreement from July 19, 2024 to July 26, 2024.  The reason for this adjournment request is that the parties are working through the language of one item in the settlement agreement. It is anticipated that this issue will be resolved in the next few days, and the agreement fully executed shortly thereafter.  This is the parties' first request for an extension of time to submit the settlement papers.

We thank the Court for its courtesies.

Yours, etc.,

/s *Michael Kupferberg*
Michael Kupferberg, Esq.

Cc: All counsel via ECF

Application GRANTED.  The parties are instructed to file their completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement on or before **July 26, 2024,** for this Court's review in accordance with the Fair Labor Standards Act and Second Circuit law.  *See, e.g.,* *Cheeks* v. *Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015).

The Clerk of Court is directed to terminate the pending motion at docket entry 36.

Dated:    July 22, 2024        SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE